UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at Pikeville)

| | | |
|---|---|---|
| DEXTER JEMISON, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 7: 21-033-DCR |
| | ) | |
| v. | ) | |
| | ) | |
| HECTOR JOYNER, WARDEN, | ) | **MEMORANDUM ORDER** |
| | ) | |
| Respondent. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Dexter Jemison, also known as Dexter Lo'Rantho Jemison, is an inmate confined at the United States Penitentiary-Big Sandy in Inez, Kentucky, and a frequent filer in this Court. *See, e.g., Jemison v. Federal Bureau of Prisons*, Case No. 7:20-cv-156-DCR (E.D. Ky. 2020). His petition for a writ of habeas corpus filed in this case represents the latest of many futile attempts to seek relief under 28 U.S.C. § 2241.

The Court has plainly and repeatedly explained that Jemison may not seek compassionate release in his district of confinement under 28 U.S.C. § 3582(c) *via* a petition filed pursuant to 28 U.S.C. § 2241. *Wilson v. Williams*, 961 F.3d 829, 844 (6th Cir. 2020) ("[A]lthough the [Bureau of Prisons] has the ability to recommend compassionate release, only the sentencing court is authorized to reduce a term of imprisonment."). Accordingly, Jemison's petition will again be denied.

On April 14, 2021, another judge in this district ordered Jemison to show cause within twenty-one days why the Court should not impose sanctions for his repeated, frivolous filings. *Jemison v. Federal Bureau of Prisons*, et al., Case No. 7:21-cv-32-JMH (E.D. Ky. 2021), at

-2-

Record No. 4 therein. The undersigned reiterates that Jemison must comply with that show cause order. For these reasons, it is hereby

**ORDERED** as follows:

1. Jemison's petition [Record No. 1] is **DENIED**.

2. This matter is **DISMISSED** and **STRICKEN** from the docket.

Dated: April 20, 2021.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky