UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at Pikeville)

| | | |
|---|---|---|
| DEXTER JEMISON, | ) | |
|     Petitioner, | ) | Civil Action No. 7: 21-033-DCR |
| v. | ) | |
| HECTOR JOYNER, WARDEN, | ) | **JUDGMENT** |
|     Respondent. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Judgment is entered in favor of the Respondent with respect to all issues raised in this proceeding.

2. The claims asserted in this action by Petitioner Dexter Jemison are **DENIED**.

3. This action is **DISMISSED** and **STRICKEN** from the docket.

4. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: April 20, 2021.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky